974

No. 04–803. SHENANDOAH ET AL. *v.* HALBRITTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–809. NORFOLK DREDGING CO., INC. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–869. NISSAN MOTOR CO., LTD., ET AL. *v.* NISSAN COMPUTER CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–901. BENTON *v.* CAMECO CORP. C. A. 10th Cir. Certiorari denied.

No. 04–916. HARTFORD STEAM BOILER INSPECTION & INSURANCE CO. *v.* UNDERWRITERS AT LLOYD'S & COMPANIES COLLECTIVE ET AL. Sup. Ct. Conn. Certiorari denied.

No. 04–939. MCGUIRE ET AL. *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–948. PATEL *v.* GONZALES, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 04–949. MCMELLON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–952. CHOLLA READY MIX, INC. *v.* MENDEZ, SECRETARY, ARIZONA DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–985. BURNETT ET AL. *v.* POTTS ET AL. Ct. App. Tenn. Certiorari denied.

No. 04–1028. CALIFORNIA EX REL. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA *v.* DYNEGY, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1042. KOLEV *v.* PRESCOTT ET AL. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–1048. ENLOW *v.* SALEM-KEIZER YELLOW CAB CO., INC. C. A. 9th Cir. Certiorari denied.